# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JASON R. KREJCI, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) Civil Action No. 18cv3864 |
| v. | ) |
| | ) Judge Ruben Castillo |
| LAW OFFICES OF IRA T. NEVEL, LLC, | ) |
| | ) |
| DEFENDANT. | ) |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT

1. On October 31, 2018, the Court entered the following Order:

**MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 10/31/2018. The parties were not able to settle this lawsuit because of Plaintiff's refusal to reduce his claimed attorney's fees. Defendant concedes liability. The Clerk of Court is directed to enter a judgment in favor of Plaintiff, Jason R. Krejci on liability which awards the maximum statutory damages of $1,000.00. <u>The judgment will also award reasonable attorney's fees to plaintiff's counsel</u>. Plaintiff's counsel is given until 11/21/2018 to either settle the attorney's fees issue or file a petition for attorney's fees pursuant to the Court's local rules. If a fee petition is filed, Defendant's response will be due by 12/12/2018. Plaintiff's reply brief will be due by 12/21/2018. The Court will rule by mail. (rao, )**

(Dkt. # 20, emphasis added)

2. On October 31, 2018, the Court also entered a Judgment for the amount of $1000.00 for statutory damages as a separate docket entry (Dkt. # 21). The Judgment reads in part that "Judgment is entered in favor of plaintiff, Jason R. Krejci and against defendant, Law Offices of Ira T. Nevel, LLC in the amount of $1,000.00., plus reasonable attorney's fees."

3. The Minute Entry states in part "The judgment will also award

reasonable attorney's fees to plaintiff's counsel". ( Dkt. # 20).

4.	The parties have resolved the amount of attorney fees and costs in this case for the amount of $10,000.00, which will be paid in addition to the $1000.00 in statutory damages already awarded by the Court.

5.	Plaintiff thus respectfully requests that the Court enter, in accordance with its Minute Entry (Dkt. #20) and Judgment entered on October 31, 2018 (Dkt. #21), a final judgment against Defendant, Law Offices of Ira T. Nevel, LLC, for the total amount of eleven thousand dollars ($11,000.00). Such judgment will not be in addition to the $1000 awarded via Dkt. #21, but will supersede Dkt. #21 as a total judgment amount, in the amount of eleven thousand dollars ($11,000.00).

*BY: /s/ Mario Kris Kasalo*

Date: November 21, 2018

Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
20 North Clark Street, Suite 3100
Chicago, Illinois 60602
Tele 312- 726-6160
Fax  312-698-5054
mario.kasalo@kasalolaw.com

# CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that a copy of the foregoing document was served via ECF which will send notice to counsel of record below:

James V. Noonan
Noonan & Lieberman, Ltd.
105 W. Adams St., Suite 1800
Chicago, IL. 60603
F: 312-431-1456
JNoonan@noonanandlieberman.com

*BY: /s/ Mario Kris Kasalo*

Mario Kris Kasalo